ORIGINAL

FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103



FILED

AUG 12 2020

Bowen Greenwood
Clerk of Supreme
State of Mon.



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0103

IN RE THE PARENTING OF:

A.H., a Minor Child,

EDWARD "JIMMY" HAERR,

      Petitioner and Appellee,

      v.

TIFFANY P. WHELAHAN,

      Respondent and Appellant.

**GRANT OF EXTENSION**

      Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until August 28, 2020, to prepare, file, and serve the Appellee's brief.

DATED this August 12, 2020

Bowen Greenwood
Clerk of the Supreme Court